NARSISO ORTIZ v. THE STATE.

No. 9227. Delivered March 11, 1925.

Sale of Intoxicating Liquor—Recognizance—Defective—Appeal Dismissed.

The recognizance being defective in failing to describe the offense that appellant stands convicted of, the appeal is dismissed. See companion case No. 9228 dismissed this day.

Appeal from the District Court of McLennan County. Tried below before the Hon. Richard I. Monroe, Judge.

Appeal from a conviction for the sale of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—The conviction is for selling intoxicating liquor; punishment, confinement in the penitentiary for one year.

By the terms of Article 903, C. C. P., one of the requisites of a recognizance or bond pending appeal from a conviction for felony is that the offense of which accused was charged and convicted shall be described. In the present case it is stated in the recognizance that appellant was charged and convicted of the offense of violation of the prohibition law. '' There is no such offense as this known to our statutes.

Because of this defect in the recognizance the appeal is ordered dismissed.

*Dismissed.*